

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2019

No. 04-19-00594-CV

**IN THE MATTER OF A.S.**

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2018JUV00095
Honorable Arcelia Trevino, Judge Presiding

**ORDER**

      In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that no costs be assessed against appellant in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

      It is so **ORDERED** on October 2, 2019.

_____
Patricia O. Alvarez, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2019.

_____
Luz Estrada, Chief Deputy Clerk